IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  King, Donna N | Case Number:  05 B 52672 |
| | Judge:  Squires, John H |
| Printed:  4/15/08 | Filed:  10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 2, 2008
Confirmed: January 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,745.00 | |
| Secured: | | 509.83 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,092.02 |
| Trustee Fee: | | 143.14 |
| Other Funds: | | 0.01 |
| Totals: | 2,745.00 | 2,745.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,194.00 | 2,092.02 |
| 2. | Capital One Auto Finance | Secured | 9,746.39 | 509.83 |
| 3. | T Mobile USA | Unsecured | 6.35 | 0.00 |
| 4. | Capital One Auto Finance | Unsecured | 713.26 | 0.00 |
| 5. | Galway Financial Service | Unsecured | 47.20 | 0.00 |
| 6. | Global Payments | Unsecured | 32.31 | 0.00 |
| 7. | Great Seneca | Unsecured | 280.25 | 0.00 |
| 8. | Fitness Quest | Unsecured | | No Claim Filed |
| 9. | Tabak's Health Products | Unsecured | | No Claim Filed |
| 10. | ICS | Unsecured | | No Claim Filed |
| 11. | Lagrange Hospital C/O Merchants C. G. C. | Unsecured | | No Claim Filed |
| 12. | American Loan | Unsecured | | No Claim Filed |
| 13. | Providian | Unsecured | | No Claim Filed |
| 14. | Riverside Medical Center | Unsecured | | No Claim Filed |
| 15. | United Cash Loans | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | Education Direct | Unsecured | | No Claim Filed |
| | | | $ 13,019.76 | $ 2,601.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 70.67 |
| 5% | 20.00 |
| 4.8% | 38.16 |
| 5.4% | 14.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   King, Donna N

Printed:  4/15/08

Case Number:  05 B 52672
Judge:  Squires, John H
Filed:  10/13/05

_____
$ 143.14

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

